IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2020 JAN 22 P 1: 56
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:20-MJ-31 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ZIMIR A. PURVIS, | ) | Court Date: February 10, 2020 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512012, 7512013)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 8, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ZIMIR A. PURVIS, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

(COUNT II – Class B Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 8, 2019, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, ZIMIR A. PURVIS, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico while in possession of a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 22 day of January 2020 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov